# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:    CHARLES EDWARD VAUDT                                              Chapter 13
                                                                  Case No.: 14-72137-SCS

        Debtor

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

(Debtor(s) or Creditor(s) name and address)                          (Amount of dividend)

CHARLES EDWARD VAUDT                                                          $501.00
1133 WASHINGTON DRIVE
CHESAPEAKE, VA 23322

Date: July 11, 2016                          /s/ Michael P. Cotter
                                             _____
                                             Michael P. Cotter
                                             Chapter 13 Standing Trustee
                                             870 Greenbrier Circle, Suite 402
                                             Chesapeake, VA  23320
                                             (757) 961-3000